UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA KARIM,<br><br>                    Plaintiff,<br><br>     -against-<br><br> SHOP-ALEXIS.COM, LLC,<br><br>                    Defendant. | 24-CV-00320 (PAE)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order on March 6, 2024 (ECF 12), parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and file it on the docket by March 22, 2024. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until 9 AM on **March 26, 2024**.

DATED:  March 25, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge