UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA KARIM,<br><br>              Plaintiff,<br><br>-against-<br><br>SHOP-ALEXIS.COM, LLC,<br><br>              Defendant. | 24-CV-00320 (PAE)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 10, 2024, the parties filed a Notice of Settlement, advising the Court that this matter has been settled in principle and stating that the parties anticipated filing a Notice of Dismissal within 30 days. (ECF 19). It has been over 30 days since the parties filed their Notice of Settlement, but they have not filed a Stipulation of Dismissal. This matter is scheduled for a status conference on May 17, 2024 at 3:00 PM. Please dial (646) 453-4442, Access Code: 736 903 563#.

DATED:  May 14, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge